FILED

1  *JANE DOE* _____ (Full Name)

2  _____ (Email Address)

FILED

2024 JUN 27 PM 3:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY____

3  *10881 CEDAR AVE* (Address Line 1)

4  *STANTON, CA, 90680* (Address Line 2)

5  _____ (Phone Number)

6  Plaintiff in Pro Per

7

8                 **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

**FWS (RAO)**

10  *JANE DOE* ,

11

12                  Plaintiff,

13  vs.

14  *CITY OF STANTON,*

15  *STANTON POLICE DEP'T*

16  *AKA ORANGE COUNTY SHERIFF,*

17  *DEPUTY YOUNG,*

18                          Defendant(s).

    *DOES I - X INCLUSIVE*

19

Case No.: *8:24-cv-01425*
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☐Yes ☑No

20                  *(All paragraphs and pages must be numbered.)*

21                          **I. JURISDICTION**

22  1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25                          **II. VENUE**

26  2. Venue is proper pursuant to 28 U.S.C. § 1391 because *Plaintiff is*

27  *now homeless in this County, resided in this County through*

28  *yesterday, all Defendants are local government entities in the*
    *County of Orange, as are the employees including DOES.*

Form prepared by Public
Counsel. © 2010, 2023 Public
Counsel. All rights reserved.
Revised: October 2023

Page Number

## III. PARTIES

3.    Plaintiff _JANE DOE_ resides at:

*(your full name)*

*HOMELESS IN SANTA ANA AS OF THIS DATE*

formerly resided at 10881 Eden Ave, Stanton Ca 90680 .

*(your address)* through June 26th, 2024

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _CITY OF STANTON_ works at

*(full name of Defendant)*

STANTON CIVIC CENTER , STANTON CA .

*(Defendant's place of work)*

Defendant's title or position is _MUNICIPALITY_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: Failure to shut down traphouse masquerading as Air BEB in residential neighborhood, and failure to hold Stanton Police Dept to basic ethical and moral standards.

5. Defendant _Stanton Police Dep't_ works at

*(full name of Defendant)*

Orange County Sheriff's Department      320 North Flower St .

*(Defendant's place of work)*      Santa Ana, CA 92703

Defendant's title or position is _Law Enforcement Agency_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: The Sheriffs office may not displace/dispossess a tenant from their domicile absent a writ of possession. Of necessity, they could not have had one, since No lawsuit was filed by owner of the property for eviction

②

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant DEPUTY YOUNG _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

STANTON POLICE DEP'T / OC SHERIFF'S DEP'T.
*(Defendant's place of work)*

Defendant's title or position is Deputy (Sheriff) *NOT* assigned to CIVIL ENFORCEMENT.
*(Defendant's title or position at place of work)* and NOT

This Defendant is sued in his/her (check one or both): authorized to dispossess
or displace tenants

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because Deputy Young, on
his BWC admitted his knowledge of the owner's intent to
illegally displace me and stated he would do nothing to
stop her. He well knew of her plan to lock me out and
unlawfully dispose of my property, and that it would all
be done by last night. Evidence suggests he and others
at Stanton PD / OCSD aided and abetted an *EXTRAJUDICIAL*
eviction by taking my keys from me by force, to give to owner.

___. Defendant DOES I - X INCLUSIVE _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

STANTON POLICE DEP'T / OC SHERIFF'S DEP'T - not in OCSD.
*(Defendant's place of work)* Civil Enforcement Unit

Defendant's title or position is Various law enforcement officers
*(Defendant's title or position at place of work)*

                    ARE        THEIR
This Defendant~~s~~ is sued in ~~his~~/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because Does I-X aided and
abetted the property owner in an illegal, EXTRAJUDICIAL
eviction When they falsely arrested me on spurious charges,
in order to transport me to Downtown Santa Ana, well knowing
I would spend 8-12 hours MINIMUM in holding to be
booked, printed + released. ③ they did NOT give me my
keys to be transported with me in my property. Evidence
suggests they gave
my keys to property owner.

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

____.
*Insert ¶ #*

____.
*Insert ¶ #*

See attached personal complaint for ''

____.
*Insert ¶ #*

Page Number 4

Civil Rights Complaint Pursuant to U.S.C. § 1983

SHERIFF-CORONER DEPARTMENT
County of Orange
Santa Ana, California

## PERSONNEL COMPLAINT FORM

JANE DOE                                                    2024

Name of Complainant: ~~[redacted]~~                    Date Reported: _June 27th,_

Address: _homeless_                    City/State/Zip: _homeless_

Residence Phone: _homeless_                    Business Phone: _____

Date and time of Incident: _June 26th, 2024 — 1PM- 6-PM_

Location of Incident: _10881 Cedar Ave, Stanton + Mexican Cantina on Beach + Katella_

Name (if known) or description of employee(s) involved: _Various_

_K Young_

Name, address & phone number of witness(es): _This was recorded on different OCSD body cameras and I have multiple witnesses of my own who I won't disclose due to imminent potential of lawsuit_

Summary of Complaint: _I am homeless b/c OCSD employees evicted me who also wrote this is a demand for Preservation / Non-Spoliation of Evidence for any + all records in the Possession of OCSD and the City of Stanton, including but not limited to — BWC'S, internal case notes, commentaries + other unofficial notations regarding the sordid subject 10881 Cedar Ave, Stanton 90680. It is also a demand to preservation of street light cameras / red light cameras and public safety camera footage as may have been captured on June 26th 2024 between 4:15pm - 5:30pm. ~~.....~~ Such cameras would be situated on - or near - and facing Katella Ave between Cedar Ave + Beach Blvd - in both directions._

—5—

Statement of Complaint (continued) The elected Sheriff has a ministerial duty to effectuate/execute evictions, but only upon acting on a FILED judicial action for unlawful detainer — and THEN only after receipt of a document called "Writ of Possession", which is routed from Superior Court staff. There is NO authority for the Sheriff's Office to execute evictions where no underlying case was filed — and certainly not to dispossess someone of their property or to revoke/rescind/terminate tenancy. Such can only be done via the Courts.

Today is June 26th '15 almost 9ᵃᵐ and I am officially homeless. The Sheriff's Dept & the Stanton Police — which may have different protocol from the OCSO proper — illegally dispossessed me from my lawful residence by means of arrest on yesterday around 5:30ᵖᵐ.

The evidence will reveal that OCSO/Stanton PD indirectly conspired w/ the owner of an investment property — a residential house that illegally doubled as a commercial short-term lodging "Air B&B" — to displace me as a ~~tenant~~ tenant. Note: "Investment property" b/c not a ×single× member of the owner's family — let alone the owner herself — resides, or even claims to reside there — This is crucial to the ~~backdrop~~ backdrop. ~~Some~~ Most occupants are transient lodgers who have a preferred domicile elsewhere and stay ~~such~~ 24 hrs and a month. Others are like myself: persons who rent w/ long term intent — ie 4 weeks or more — AND who have NO claim to residency any place else AND whose personal property is located therein AND who receive official government mail there AND who do not sleep elsewhere. That is the universally accepted definition of RESIDENT. For this property, such extended stay lodgers generally remain between 3 and 6 weeks. I'm unaware of any party residing there longer than 2 months at a time. As well, California law states that extended stay Motels became one's residence after 30 consecutive days. So even by the

—6—

Statement of Complaint (continued) definition of Air B+B/short term [rentals] (1-4 days)/
extended stay model ok I *STILL* meet this criteria under Calhs;
having moved in May 21st, 2024. The proprietor may not dispose of my
belongings, nor use unlawful methods to influence/coerce/induce/force
me to vacate - directly or indirectly. It should be noted: this
is NOT even a licensed business - nor could it be as the City of Stanton
does not permit Air-B+B conversions, whether owner-occupied or not!

It is in this tragic context that I became homeless overnight. Although
I concede OCSD employees OUTWARDLY acknowledged my status as TENANT,
it appears to be in the spirit of malicious compliance*. See Stanton
City Attorney for the definitions of your other legal adversaries. In
essence, it is paying lip service to upholding the law, while willfully subverting
the selfsame law [in this case tenants rights.] Any efforts to derail or
subvert or otherwise impede/obstruct/hinder the rights of a tenant to
remain fall squarely in the ambit of illegally displacing them. A complete
and thorough review of the facts and an examination of all evidence plus
an analysis of the totality of the circumstances will reveal this was an
eviction in every sense of the word, and that OCSD employees had:
at minimum some knowledge of the owner's diabolical plan. At
Worst, an accounting of ALL evidence may reveal some OCSD employees
to be actively complicit in causing me to become homeless overnight.

From the inception of my tenancy-which began as a 4-week AB+B
stay; I was lauded as virtually the perfect renter. A thorough
review of all written + electronic communications between myself +
Owner reflect she and her entirely family loved having me there. That
may be b/c I helped - at no charge - to keep the common areas clean
+ tidy + educate + inform short-term tourists on how the house operated.

# V. CLAIMS

## Claim #1

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

_____.    Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*    federal constitutional or statutory civil right:

RIGHT TO DUE PROCESS PRIOR TO BEING DEPRIVED
OF [LIFE LIBERTY OR] PROPERTY
↓

I was unlawfully dispossessed /displaced by owner, who
was aided by OC Sheriff's Dept under Color of Law

___.    The above civil right was violated by the following Defendants:

*Insert ¶ #*    Stanton Police Dep't aka OC Sheriff's Department +
Deputy Young
Does I—X Inclusive

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___.    Deputy Young and Does I—X are employed by

*Insert ¶ #*    OC Sheriff's Dep't acting as "Stanton Police Dep't". The
Sheriff is indeed authorized to effect evictions, but ONLY
via its Civil Enforcement Division, and (*then*) only
upon receipt of a Writ of Possession from the local Superior
Courts. In this matter: no eviction proceedings were pending
let alone FILED, to say nothing of lack of Writ of Possession.
Defendants forcibly confiscated my keys to my portion of the
                                        house + gave keys to owner.
___.    As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #*    was harmed in the following way:

I am now HOMELESS in Santa Ana and my
belongings have been - I am informed - thrown out
I cannot access my domicile where I lived until
yesterday as deputies did not place my house keys in my
property when transporting me to jail. It appears they
illegally turned my keys over to the property owner

# V. CLAIMS

## Claim #1 2

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

____.   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #*   federal constitutional or statutory civil right:

THE RIGHT TO BE FREE FROM UNREASONABLE
SEARCH AND SEIZURE

___.   The above civil right was violated by the following Defendants:
*Insert ¶ #*

Stanton Police Dept AKA OC Sheriff's Office
Deputy K Young
Does I - X Inclusive.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

____. I was forcibly deprived of my keys against
*Insert ¶ #*   my will and without my consent. I have, as a
result been rendered homeless b/c I'm unable to
access the premises that were my domicile. The
seizure of my keys was done w/the specific aim
of preventing my return to the premises. I was
arrested under specious, questionable circumstances
for a minor misdemeanor and transported to jail
                                    without my KEYS

____.   As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #*   was harmed in the following way:

I am homeless in Santa Ana and unable return
to the premises from which I was locked out b/c
I don't have the keys. In any event, my
personal belongings have now been disposed of,
but I am still entitled in full to access the premises
Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983 but unable to
-9-                              do so due to lack of keys

1

### VI. REQUEST FOR RELIEF

2

3    WHEREFORE, the Plaintiff requests:

4    *Insert ¶ #*  . DAMAGES AT THE RATE OF $10,000 per diem

5    for every day, commencing, today June 27th, 2024

6    until possession of the premises rented are restored

7    to me either by returning my keys of which I was

8    forcibly deprived, or by provision for alternative

9                            accomodations for the next few

10   *Insert ¶ #*              weeks, or until I am re-homed.

11   _____

12   _____

13   _____

14

15   *Insert ¶ #*  . DAMAGES totalling $25,000 per week

16   as a result of having my belongings disposed of

17   by property owner. This would NOT have ever

18   occured had the Sheriff's Officer not been at

19   least passively complicit in this extrajudicial eviction

20

21   *Insert ¶ #*  NATIONWIDE + NATIONALLY BINDING

22   INJUNCTIVE RELIEF PROHIBITING ANY FURTHER

23   SUCH ACTIVITY TOWARDS OTHER PERSONS, IN

24   ANY CONTEXT AND FOR ANY REASON

25   ANY AND ALL RELIEF THE HONORABLE COURT DEEMS

26   JUST AND PROPER Dated:  June 27th 2024

27          Sign: _____ Jane Doe

28          Print Name: _____ JANE DOE

                        — 10 —
                      Page Number

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____

Sign: _____

Print Name: _____



Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983